# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BRUCE WISEMAN,** | ) | Case No.:CV09-03859RZ |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **UNITED RECOVERY SYSTEMS, LP,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted. The action is dismissed with prejudice.

Dated: September 2, 2009

_____

The Honorable Ralph Zarefsky

Order to Dismiss - 1